### INTERNATIONAL BUILDING AND LOAN ASSOCIATION *v.* BOARD OF COMMISSIONERS OF MARION COUNTY.

[No. 4,053. Filed November 25, 1902.]

From Marion Circuit Court; *H. C. Allen,* Judge.

Application by the International Building & Loan Association to have refunded to it certain taxes paid under protest. From a judgment of the circuit court sustaining the board of commissioners in denying the application, plaintiff appeals. *Affirmed.*

*W. N. Harding* and *A. R. Hovey,* for appellant.
*M. M. Hugg,* for appellee.

WILEY, J.—The questions presented by the record in this appeal are identical with those decided by this court in the case of the *International Building, etc., Assn.* v. *Board, etc., ante,* 12, and upon the authority of that case the judgment is affirmed.